LAW OFFICE OF
MARTIN RESENDEZ GUAJARDO
A Professional Corporation
555 Clay Street
San Francisco, California 94111
Telephone: (415) 398-3852

Attorney for Petitioner:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMEET SINGH<br>A47-512-731<br>    Petitioner,<br><br>MICHAEL CHERTOFF, Secretary<br>   Dept. of Homeland Security;<br>DR. EMILIO GONZALEZ, Director;<br>US CITIZENSHIP & IMMIGRATION<br>    SERVICE;<br>ROSEMARY MELVILLE, District Director<br>    San Francisco;<br>SUSAN CURDA,<br>    Sacramento Officer in Charge;<br>MICHAEL MUKASEY,<br>    Attorney General;<br>ROBERT MUELLER, Director of the<br>    Federal Bureau of Investigation;<br>FEDERAL BUREAU OF<br>    INVESTIGATION;<br>    Respondents | Civ. No.: 2:07-cv-2330 |

ORDER

Based upon the Motion To Dismiss Petition for Writ of Mandamus and the Petitioner's grant of U.S. Citizenship, it is hereby ordered that the instant matter be dismissed as moot.

DATED:  December 5, 2007.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT